AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

DIRECTV, Inc.

v.

Mike Mezzadri

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 11425 NMG

TO: (Name and address of Defendant)

Mike Mezzadri
39 Peck Street
Franklin, MA 02038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: JUN 22 2004



**Norfolk County Sheriff's Department**  2015 Washington St. • Braintree, MA 02184 • (781) 326-1787
*Norfolk, ss.*

June 30, 2004

I hereby certify and return that on 6/28/2004 at 10:00 am I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Mike Mezzadri, 39 Peck Street Franklin, MA 02038 and by mailing first class mail to the above-mentioned address on 6/29/2004. Basic Service Fee ($20.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($14.08) Total Charges $44.58

_____
Deputy Sheriff

**Deputy Sheriff Joan Geer**

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                 Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.