UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 04-11425-NMG |
| | ) | |
| | ) | |
| MIKE MEZZADRI, | ) | |
| | ) | |
|     Defendant | ) | |

### ANSWER AND JURY DEMAND

COMES NOW the defendant, through counsel undersigned, and answering the plaintiff's complaint states:

1. Defendant lacks sufficient information to admit or deny the allegations of paragraphs 1 - 17, and therefore denies same.

2. Defendant admits the allegations of paragraph 18 that he is a resident of this District, but otherwise denies all other allegations of said paragraph.

3. Defendant denies the allegations of paragraphs 19 – 23.

4. Defendant admits the allegations of paragraphs 24, 25, and 26, but denies that he engaged in any conduct which gives rise to, or supports, any of the causes of action set forth in the complaint.

5. In response to paragraph 27, defendant restates his answer to paragraphs 1 – 26.

6. Defendant denies the allegations of paragraphs 28 – 30.

7. In response to paragraph 31, defendant restates his answer to paragraphs 1 – 30.

8. Defendant denies the allegations of paragraphs 32 – 35.

9.  In response to paragraph 36, defendant restates his answer to paragraphs 1 – 35.

10.  Defendant denies the allegations of paragraphs 37 – 42.

11.  In response to paragraph 43, defendant restates his answers to paragraphs 1 – 42.

12.  Defendant denies the allegations of paragraphs 44-48.

### First Affirmative Defense

The complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Any and all claims asserted in the complaint are barred by the relevant statutes of limitations.

### Third Affirmative Defense

Plaintiff's claims are barred by estoppel.

### Fourth Affirmative Defense

Plaintiff's claims are barred by laches.

### Fifth Affirmative Defense

Plaintiff's claims are barred by its failure and refusal to mitigate damages.

### Sixth Affirmative Defense

Plaintiff lacks standing to bring the instant action.

WHEREFORE,  defendant prays that this Honorable Court dismiss the complaint, award defendant attorney's fees and costs of suit pursuant to 28 U.S.C. 1927, and award defendant such additional relief as the Court shall deem just and proper.

### JURY DEMAND

Defendant requests trial by jury on all issues and claims so triable.

/s/Kenneth D. Quat
BBO#408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848