UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, Inc.,
    Plaintiff

v.    Civil Action No. 04-11425-NMG

Mike Mezzadri,
    Defendants

## SETTLEMENT ORDER OF DISMISSAL

Gorton, D.J.

    The Court having been advised in open court by counsel that this mater has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Craig Nicewicz
_____

2/18/05
Date

Craig J. Nicewicz
Courtroom Clerk

Case 1:04-cv-11425-NMG    Document 9    Filed 02/18/2005    Page 2 of 2